*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                           : Chapter 7

Turner Enterprise, LLC                                                      : Case No. 25–11740–djb
      Debtor(s)

### ORDER
_____

AND NOW, this day , August 12, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Derek J Baker
        Judge, United States Bankruptcy Court

16
Form 195